# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CENTRAL ALARM SIGNAL, INC., a Michigan corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>KPM COMMUNICATIONS, INC. and JOHN DOES 1-10,<br><br>Defendants. | No.: 2:15-cv-12108-PDB-MKM<br><br>**CLASS ACTION** |

## NOTICE OF VOLUNARY DISMISSAL OF CERTAIN DEFENDANT

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(i), Plaintiff, CENTRAL ALARM SIGNAL, INC., hereby dismisses THE MAYNARD GROUP, INC. without prejudice.

        Respectfully submitted,

        CENTRAL ALARM SIGNAL, INC., a Michigan corporation, individually and as the representative of a class of similarly-situated persons

        By: s/Brian J. Wanca
            Brian J. Wanca

        ANDERSON + WANCA
        3701 Algonquin Road, Suite 500
        Rolling Meadows, IL  60008
        Telephone:  847-368-1500
        Fax:  847-368-1501

        and

                Jason J. Thompson (P47184)
                SOMMERS SCHWARTZ
                2000 Town Center, Suite 900
                Southfield, MI   48075
                Telephone:  248-355-0300
                Fax:  248-436-8453

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 1, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                /s/ Brian J. Wanca
                  Brian J. Wanca