UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CENTRAL ALARM SIGNAL, INC., a Michigan corporation, individually and as the representative of a class of similarly-situated persons,

                Plaintiff,

KPM COMMUNICATIONS, INC. and JOHN DOES 1-10,

                Defendants.
_____/

Civil Action No.2:15-cv-12108

CLASS ACTION

## STIPULATED ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, CENTRAL ALARM SIGNAL, INC. and Defendant, KPM COMMUNICATIONS, INC., through their attorneys, hereby stipulate to the dismissal of this action with prejudice, class allegations without prejudice, each side to bear its own costs.

Respectfully submitted,

CENTRAL ALARM SIGNAL, INC.

By: s/Brian J. Wanca (with permission)

ANDERSON + WANCA
3701 Algonquin Rd., Ste. 500
Rolling Meadows. IL 60008
Telephone: 847-368-1500

By: s/Jason J. Thompson (with permission)

SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, MI 48076
Telephone: 248-415-3206

*Attorneys for Plaintiff, CENTRAL ALARM SIGNAL, INC.*

KPM COMMUNICATIONS, INC.

By: s/ Michael F. Healy

THOMAS, DeGROOD & WITENOFF, P.C.
400 Galleria Officentre, Suite 550
Southfield, MI 48034
Telephone: 248-353-4450

*Attorneys for Defendant, KPM Communications, Inc.*

Pursuant to the stipulation of the parties, through their attorneys,

    IT IS HEREBY ORDERED that the above captioned matter be and hereby is dismissed with prejudice, class allegations without prejudice, and without costs to any party.

    THIS IS A FINAL ORDER AND CLOSES THE CASE.

                                        s/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  June 17, 2016

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 17, 2016.

                                        s/Deborah Tofil
                                        Deborah Tofil
                                        Case Manager (313)234-5122